UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JILLIAN BLENIS and LILI MITCHELL, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>THINX INC.,<br><br>    Defendant. | Civil Action No.   1:21-cv-11019-IT |

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Jillian Blenis and Lili Mitchell hereby voluntarily dismiss the above-captioned action without prejudice, with each party to bear its own costs and expenses, including attorneys' fees.

Dated:  June 27, 2022

           MILBERG COLEMAN BRYSON PHILLIPS

           By: */s/   Erin J. Ruben*
             Erin J. Ruben (*admitted pro hac vice*)
             J. Hunter Bryson*
             MILBERG COLEMAN BRYSON PHILLIPS
             GROSSMAN, LLP
             900 W. Morgan Street
             Raleigh, NC 27603
             P.O. Box 12638
             Raleigh, NC 27605
             eruben@milberg.com
             jbryson@milberg.com

             Harper T. Segui (*admitted pro hac vice*)
             MILBERG COLEMAN BRYSON PHILLIPS
             GROSSMAN, LLP
             825 Lowcountry Blvd., Suite 101

Mt. Pleasant, SC 29464
hsegui@milberg.com

Rachel Soffin*
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, LLP
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
rsoffin@milberg.com

Edward F. Haber (*BBO# 215620*)
SHAPIRO HABER & URMY LLP
Seaport East
Two Seaport Lane
Boston, MA 02210
(617) 439-3939
ehaber@shulaw.com

*Attorneys for Plaintiffs
Jillian Blenis and Lili Mitchell*

*\*Pro hac vice* application forthcoming

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4(c), I hereby certify that on this 27th day of June, 2022, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record by electronic means.

                                    */s/ Erin J. Ruben*
                                       Erin J. Ruben

                                  *Attorneys for Plaintiffs*
                                  *Jillian Blenis and Lili Mitchell*